**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARY JONES**                                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:22-cv-00765 KGB**

**STATE OF ARKANSAS and**
**ASA HUTCHINSON, Governor**                                              **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Mary Jones' complaint is dismissed without prejudice. The Court denies the relief requested. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 30th day of March, 2023.

_____
Kristine G. Baker
United States District Judge